**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant. | C.A. No. 13-617-SLR |

**JOINT STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE**

Plaintiff Data Speed Technology LLC and Defendant Hewlett-Packard Company, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of all claims brought by Data Speed Technology LLC in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 31, 2013

BAYARD, P.A.

　_/s/ Stephen B. Brauerman_　
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Data Speed Technology LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　_/s/  Jack B. Blumenfeld_　
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Hewlett-Packard Company*

**IT IS SO ORDERED** this _____ day of _____, 2013.

　　　　　　　　　　_____
　　　　　　　　　　United States District Judge